# Third District Court of Appeal
## State of Florida

Opinion filed August 9, 2023.
Not final until disposition of timely filed motion for rehearing.

————————————

No. 3D23-848
Lower Tribunal Nos. F12-31179, F12-31448

————————————

**Eddie James,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Cristina Miranda, Judge.

Eddie James, in proper person.

Ashley Moody, Attorney General, for appellee.

Before SCALES, HENDON, and GORDO, JJ.

PER CURIAM.

Affirmed.